UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Cause No: DR-21-CR-1343-AM |
| | § § § | |
| HAZEL EILEEN DIAZ A/K/A "SANDRA" TOMAS ALEJANDRO MENDEZ PAOLA NIKOLE CAZARES | § § § | |

## ORDER TO UNSEAL INDICTMENT

Came on to be considered the Government's Motion to Unseal and the Court having considered said motion hereby.

ORDERS that the Government's Motion to Unseal the Indictment and related documents be GRANTED.

ENTERED on this the _15th_ day of _December_, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE